Certificate Number: 14912-PAE-DE-035518248

Bankruptcy Case Number: 21-10388



14912-PAE-DE-035518248

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 30, 2021</u>, at <u>4:49</u> o'clock <u>PM EDT</u>, <u>Quanda Graves</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>March 30, 2021</u>          By:     <u>/s/Jai Bhatt</u>

                                 Name:  <u>Jai Bhatt</u>

                                 Title:  <u>Counselor</u>