# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Quanda Graves | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 21-10388ELF |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor  Park Plaza Condominium Association

NOTICE is hereby given that:

Pursuant  to Federal Rules of Bankruptcy Procedure 3004 and 3005,  you are hereby notified that a proof of claim in the amount of $13,352.32  has been filed in your name by Henry Alan Jefferson on 5/18/21.

Dated: May 19, 2021

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Tina Jackson
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)