**HORN WILLIAMSON LLC**
Matthew C. Collins, Esquire
Thomas P. Stevens, Esquire
Identification Nos. 84776/60246
2 Penn Center, Suite 1700
1500 J.F.K. Blvd.
Philadelphia, PA 19102
(215) 987-3800 Telephone
(215) 334-7336 Facsimile
mcollins@hornwilliamson.com
tstevens@hornwilliamson.com                    *Attorneys for Park Plaza Condominium Association*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILDELPHIA DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| QUANDA GRAVES, | : | |
| Debtor(s) | : | Case No. 21-0388-elf |
| | : | |
| | : | BANKRUPTCY JUDGE |
| | : | ERIC L FRANK |

### REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that Horn Williamson, LLC, as authorized agent for Park Plaza Condominium Association, a creditor in the above-captioned case, requests, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

> Park Plaza Condominium Association
> c/o Matthew C. Collins, Esquire
> Horn Williamson, LLC
> 2 Penn Center, Suite 1700
> 1500 JFK Blvd
> Philadelphia, PA 19102
> Ph: 215 987 3800
> Email:    tstevens@hornwilliamson.com
>           dadamic@hornwilliamson.com

Dated: September 14, 2022

By:*/s/ Thomas P. Stevens*
Thomas P. Stevens, Esquire

ACTIVE\02506\0005\846116.v1-9/14/22