UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Quanda Graves
      Bankruptcy No.  21-10388-elf
      Adversary No.
      Chapter   13

Date:   September 19, 2022

To: Thomas P. Stevens, Esq.
2 Penn Center Suite 1700
1500 JKF Blvd.
Philadelphia PA  19102

## NOTICE OF INACCURATE FILING

Re:  Credit Request for Notices

The above pleading was filed in this office on 9/14/2022.  Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )  Debtor's name does not match case number listed
- (X)  Debtor's name and case number are missing-Incorrect Case Number
- ( )  Wrong PDF document attached
- ( )  PDF document  not legible
- ( )  Notice of Motion/Objection
- ( )  Electronic Signature missing

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By: Virginia S. De Buvitz
Deputy Clerk