**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| QUANDA GRAVES, | : | |
| Debtor(s) | : | Case No. 21-10388-elf |
| | : | |
| | : | BANKRUPTCY JUDGE |
| | : | ERIC L FRANK |

**REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, Horn Williamson, LLC, as authorized agent for Park Plaza Condominium Association, a creditor in the above-captioned Chapter 13 case, requests that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, be provided to:

> Park Plaza Condominium Association
> c/o Thomas P. Stevens, Esquire
> Horn Williamson, LLC
> 1500 JFK Blvd, Suite 1700
> Philadelphia, PA  19102
> (215) 987 3800
> tstevens@hornwilliamson.com

Dated: September 21, 2022

Horn Williamson, LLC
By: */s/ Thomas P. Stevens*
Thomas P. Stevens
1500 JFK Blvd, Suite 1700
Philadelphia, PA  19102
tstevens@hornwilliamson.com

ACTIVE\02506\0005\846116.v2-9/21/22