B283  (Form 283) (04/13)

# UNITED STATES BANKRUPTCY COURT

## _____EASTERN_____  District Of __PENNSYLVANIA__

In re __Quanda Graves__                    Case No. __21-10388-pmm__
                 **Debtor**

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
### DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I.  Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

**X**      I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐      I am or have been required to pay a domestic support obligation.  I have paid all such amounts that my chapter 13 plan required me to pay.  I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.  If you checked the second box, you must provide the information below.*

          **3900 W. Ford Road, Unit 21-A**
My current address:  **Philadelphia, PA  19131** _____

My current employer and my employer's address:  **Retired** _____

_____

*Part III.  Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☐      I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

**X**      I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

*\*Amounts are subject to adjustment on 4/01/16, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

*Part IV.  Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

*Quanda Graves*

Executed on ⎯⎯2/18/2026⎯⎯

Date

ID wsmELoY9rkr5aZdmJAAFTzcQ

Debtor

# eSignature Details

**Signer ID:**          **wsmELoY9rkr5aZdmJAAFTzcQ**
Signed by:          Quanda Graves
Sent to email:      msq0143@gmail.com
IP Address:         68.82.109.251
Signed at:          Feb 18 2026, 4:42 pm EST