United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                      Case No. 21-10388-pmm

Quanda Graves                                                               Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 2

Date Rcvd: Mar 19, 2026                       Form ID: 138OBJ                                 Total Noticed: 15

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Quanda Graves, 3900 W. Ford Road, Unit 21A, Philadelphia, PA 19131-2038 |
| 14723268 | | Horn Williams, LLC, authorized agent for Park Plaza Condomin, c/o Thomas P. Stevens, Esq., 1500 JKF Blvd, Suite 1700, Philadelphia PA 19102 |
| 14585667 | + | PENNYMAC LOAN SERVICES, LLC, c/o Rebecca Solarz, KML Law Group, P.C., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14608663 | + | Park Plaza Condominium Assoc., c/o Clark Simson Miller, PO Box 26941, Charlotte, NC 28221-6941 |
| 14583695 | + | Park Plaza Condominium Association, 3900 W. Ford Road, Philadelphia, PA 19131-2039 |
| 14583699 | + | Start and Stark, PC, The Bellvue, 6th Floor, Attn: Mathew C. Collins, Esq., 200 S. Broad Street, Philadelphia, PA 19102-3803 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 20 2026 01:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 20 2026 01:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14599000 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2026 02:03:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14583697 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2026 02:03:26 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14595943 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2026 02:03:25 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14583696 | + | Email/PDF: ebnotices@pnmac.com | Mar 20 2026 02:04:15 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14603101 | + | Email/PDF: ebnotices@pnmac.com | Mar 20 2026 02:03:27 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14583698 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2026 02:03:26 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14583700 | + | Email/Text: bnc-thebureaus@quantum3group.com | Mar 20 2026 01:45:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 19, 2026 | Form ID: 138OBJ | Total Noticed: 15

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2026 at the address(es) listed below:**

**Name** | **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

HENRY ALAN JEFFERSON
on behalf of Debtor Quanda Graves hjefferson@hjeffersonlawfirm.com  hjeffersonone@gmail.com;r60499@notify.bestcase.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

THOMAS P. STEVENS
on behalf of Attorney Park Plaza Condominium Association tstevens@hornwilliamson.com  vbrown@hornwilliamson.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**Form 138OBJ** (6/24)–doc 41 – 38

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Quanda Graves | ) | Case No. 21–10388–pmm |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 19, 2026

For The Court

Mohung Wong
Clerk of Court