| | |
|---|---|
| **Fill in this information to identify the** **Fill in this information to identify the case:** | |
| Debtor 1  Quanda Graves | |
| Debtor 2 | |
| United States Bankruptcy Court for the EASTERN District of Pennsylvania | |
| Case number  21-10388 ELF | |

Official Form 410S1

# Notice of Mortgage Payment Change   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PENNYMAC LOAN SERVICES, LLC      **Court claim no.** (if known): <u>3-1</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>8361</u>

**Date of payment change:**
Must be at least 21 days after date of this notice      <u>03/01/2023</u>

**New total payment:**      <u>$811.00</u>
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $<u>190.78</u>      New escrow payment:  $ <u>187.89</u>

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:  _____%      New interest rate:  _____%

   Current principal and interest payment: $_____   New principal and interest payment:  $_____

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____      New mortgage payment: $_____

Official Form 410S1      **Notice of Mortgage Payment Change**      page 1

Debtor(s)   Quanda Graves           Case number (*if known*)  21-10388 ELF
            First Name  Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Michael Farrington*                              Date  01/13/2023
   Signature
Print: Michael Farrington
       13 Jan 2023, 15:59:11, EST

Title  **Attorney for Creditor**

Company   KML Law Group, P.C.

Address   701         Market Street, Suite 5000
          Number      Street
          Philadelphia,                    PA      19106
          City                             State   ZIP Code

Contact phone  (215) 627–1322           Email  bkgroup@kmllawgroup.com